IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Deborah D. Blocker, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 2:11-cv-00187 |
| v. | ) ) | Chief Judge Gary L. Lancaster |
| Port Authority of Allegheny County, PA; and Willie J. Dillard, Tawnya Moore-McGee, Monica Johnson, Brenda Gacika, David DeAngelis, Towanna Gatewood, Rick Klavon, and Eric Wells, individually and in their official capacities, | ) ) ) ) ) ) ) ) ) | ***Electronically Filed*** |
| Defendants. | ) ) ) | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action, each party to bear its own costs and fees as more fully set forth in the Confidential Settlement Agreement and Release.

All Parties affirm that Plaintiff has no outstanding legal disputes or claims against Defendants.

This joint stipulation is filed on behalf of all Parties and Attorney Gan has specifically authorized Attorney Tuite to file this Stipulation.

| | |
|---|---|
| Dated: July 28, 2011 | Respectfully submitted, |
| ROBINSON GERALDO | BUCHANAN INGERSOLL & ROONEY PC |
| /s/ *Richard R. Gan* <br> Richard R. Gan, Esq. <br> PA ID NO. 68721 <br> Robinson Geraldo <br> 2505 North Front Street <br> Harrisburg, PA 17110 <br> Tel: (724) 282-7771 <br> Fax: (724) 285-6341 <br> rgan@robinson-geraldo.com <br><br> Attorney for Plaintiff | /s/ *Jaime S. Tuite* <br> Jaime S. Tuite, Esq. <br> PA ID NO. 87566 <br> (412) 562-8419 <br> jaime.tuite@bipc.com <br><br> Bethany C. Salvatore, Esq. <br> PA ID NO. 206322 <br> (412) 392-2173 <br> bethany.salvatore@bipc.com <br><br> Emilie R. Hammerstein, Esq. <br> PA ID NO. 307499 <br> (412) 562-3997 <br> emilie.hammerstein@bipc.com <br><br> Buchanan Ingersoll & Rooney PC <br> One Oxford Centre, 20th Floor <br> 301 Grant Street <br> Pittsburgh, PA 15219-1410 <br> Fax: (412) 562-1041 <br><br> Attorneys for Defendants |

SO ORDERED, this 28th day of July, 2011.

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge