IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deborah D. Blocker, | |
| Plaintiff, | Civil Action No. 2:11-cv-00187 |
| v. | Chief Judge Gary L. Lancaster |
| Port Authority of Allegheny County, PA; and Willie J. Dillard, Tawnya Moore-McGee, Monica Johnson, Brenda Gacika, David DeAngelis, Towanna Gatewood, Rick Klavon, and Eric Wells, individually and in their official capacities, | *Electronically Filed* |
| Defendants. | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action, each party to bear its own costs and fees as more fully set forth in the Confidential Settlement Agreement and Release.

All Parties affirm that Plaintiff has no outstanding legal disputes or claims against Defendants.

This joint stipulation is filed on behalf of all Parties and Attorney Gan has specifically authorized Attorney Tuite to file this Stipulation.

Dated: July 28, 2011

ROBINSON GERALDO

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

/s/ *Richard R. Gan*
Richard R. Gan, Esq.
PA ID NO. 68721
Robinson Geraldo
2505 North Front Street
Harrisburg, PA 17110
Tel: (724) 282-7771
Fax: (724) 285-6341
rgan@robinson-geraldo.com

Attorney for Plaintiff

/s/ *Jaime S. Tuite*
Jaime S. Tuite, Esq.
PA ID NO. 87566
(412) 562-8419
jaime.tuite@bipc.com

Bethany C. Salvatore, Esq.
PA ID NO. 206322
(412) 392-2173
bethany.salvatore@bipc.com

Emilie R. Hammerstein, Esq.
PA ID NO. 307499
(412) 562-3997
emilie.hammerstein@bipc.com

Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219-1410
Fax: (412) 562-1041

Attorneys for Defendants

SO ORDERED, this 28th day of July, 2011.

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge